In the Matter of the Claim of ALICE CHEBUSKE and Others, Respondents, v. MONTAUK LUMBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed. All concur.

In the Matter of the Claim of JULIUS CHLEMENS, Respondent, v. TURNER & BLANCHARD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the wage-earning capacity was arbitrarily fixed. All concur.

In the Matter of the Claim of CONSULATE-GENERAL OF SWEDEN (AXEL CARLSON, Deceased), Respondent, v. DICKSON & TURNBULL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed. All concur.

In the Matter of the Claim of THOMAS DEEGAN, Respondent, v. EMIL DIEBITSCH, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOSEPHINE DOLISI, Respondent, v. JOHN D. WALSH, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, with costs against the State Industrial Board, on the ground that lump sum award was not in the interests of justice. All concur.

In the Matter of the Claim of CHARLES DONOHUE, Respondent, v. JAMES BUTLER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ANNA DOUCETTE, Respondent, v. JAMES MARCHAND and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take proof as to the relationship of the claimant and her daughter to the deceased. All concur.

In the Matter of the Claim of SYLVESTER DOWLING, Respondent, v. PROGRESSIVE GROCERY STORES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

HARVEY A. DWIGHT and Another, Appellants, v. BERTRAM H. FANCHER and Another, as Executors, etc., of EMILY A. WATSON, Deceased, and Others, Respondents.— Motion denied, with ten dollars costs.

In the Matter of the Claim of MARY ETTA EGAN, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

BURTON W. FARNHAM, Respondent, v. GRAND CENTRAL PACKARD RENTING CORPORATION, Appellant.— Motion denied, with ten dollars costs.

In the Matter of the Claim of NELLIE FAULKNER, Respondent, v. STRATTON-AMSTERDAM CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence that the accident arose out of the employment. All concur.